IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:22-cv-01343-CMD-IDD, Case Name Bond Pharmacy, Inc. et al. v. Anthem Health Plans of Virginia et al.
Party Represented by Applicant: Anthem Health Plans of Virginia, Inc. d/b/a Anthem Blue Cross and Blue Shield

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Callan Greg Stein
Bar Identification Number 670569   State Massachusetts
Firm Name Troutman Pepper Hamilton Sanders LLP
Firm Phone # (617) 204-5100   Direct Dial # (617) 204-5103   FAX # (617) 204-5150
E-Mail Address callan.stein@troutman.com
Office **Mailing** Address 125 High Street, 19th Floor, Boston, MA 02110

Name(s) of federal district court(s) in which I have been admitted U.S. Court of Appeals for the First Circuit; U.S. District Court for the District of Massachusetts; U.S. District Court for the District of Rhode Island

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ☒ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

*Callan Stein*
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)    2/24/2023
Michael E. Lacy    (Date)
(Typed or Printed Name)    48477
    (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☐ *or* Exemption Granted ☐

The motion for admission is GRANTED ☐ *or* DENIED ☐

_____    _____
(Judge's Signature)    (Date)