IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| BOND PHARMACY, INC., d/b/a, AIS HEALTHCARE, <br><br> Plaintiff, <br><br> v. <br><br> ANTHEM HEALTH PLANS OF VIRGINIA, INC., d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD, <br><br> Defendant. | Civil Case No. 1:22-cv-01343 |

## ORDER

THIS MATTER comes before the Court on Defendant Anthem Health Plans of Virginia, Inc., d/b/a Anthem Blue Cross and Blue Shield's Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 8(a), 10, and 12(b)(6).

It appearing to the Court that Plaintiff's Complaint states a claim upon which relief may be granted, it is hereby

ORDERED that Defendant's Motion to Dismiss is DENIED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
April _12_, 2023