IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| BOND PHARMACY, INC., d/b/a AIS HEALTHCARE,<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM HEALTH PLANS OF VIRGINIA, INC., d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Case No. 1:22-cv-01343-CMH-IDD<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINES

Having considered Plaintiff Bond Pharmacy, Inc., d/b/a AIS Healthcare's Unopposed Motion for Extension of Deadlines, which is not opposed by Defendant Anthem Health Plans of Virginia, Inc., d/b/a Anthem Blue Cross and Blue Shield, it is hereby

ORDERED that Plaintiff's Motion is GRANTED; and it is further

ORDERED that that the remaining deadlines shall be amended to:

| | |
|---|---|
| September 12, 2023 | Close of discovery |
| July 11, 2023 | Deadline for expert disclosures for the party with the burden of proof |
| July 25, 2023 | Deadline for expert disclosures for responsive experts |
| August 8, 2023 | Deadline for rebuttal expert disclosures for the party with the burden of proof |
| July 18, 2023 | Deposition notices deadline |

| | |
|---|---|
| September 18, 2023 | Deadline for filing list of witnesses to be called at trial, written stipulation of uncontested facts, and copies of trial exhibits |
| September 29, 2023 | Objections to opposing party's witness and exhibit lists deadline |
| October 3, 2023 | Summary judgment motion deadline |

Dated: Apr. 19, 2023

The Honorable Claude M. Hilton
United States District Judge