IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| BOND PHARMACY, INC., d/b/a AIS HEALTHCARE, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:22-cv-01343-CMH-IDD |
| v. | ) ) ) | |
| ANTHEM HEALTH PLANS OF VIRGINIA, INC., d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD, | ) ) ) ) | |
| Defendant. | ) ) | |

**JOINT MOTION FOR EXTENSION OF DEADLINES**

Plaintiff Counter-Defendant Bond Pharmacy, Inc., d/b/a AIS Healthcare ("AIS"), and Defendant-Counterclaimant Anthem Health Plans of Virginia, Inc. d/b/a Anthem Blue Cross And Blue Shield ("Anthem," collectively the "Parties"), respectfully move this Court for a brief extension of the deadlines in this litigation for reasons stated in the Parties' Memorandum in Support of this Motion.

-1-

Dated: June 28, 2023

| | |
|---|---|
| By: /s/ Paul A. Werner<br>Paul A. Werner<br>Dave Thomas<br>Imad Matini<br>SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP<br>2099 Pennsylvania Avenue, N.W., Suite 100<br>Washington, D.C. 20006<br>Telephone: 202-747-1931<br>pwerner@sheppardmullin.com<br>dthomas@sheppardmullin.com<br>imatini@sheppardmullin.com<br><br>*Attorneys for Plaintiff Counter-Defendant Bond Pharmacy d/b/a AIS Healthcare* | By:  /s/ Michael E. Lacy<br>Michael E. Lacy<br>Sarah E. Siu<br>Virginia Bell Flynn<br>Callan G. Stein<br>Harry J. Liberman<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>P.O. Box 1122<br>Richmond, Virginia 23218-1122<br>Telephone: (804) 697-1326<br>michael.lacy@troutman.com<br>sarah.siu@troutman.com<br>virginia.flynn@troutman.com<br>callan.stein@troutman.com<br>harry.liberman@troutman.com<br><br>*Attorneys for Defendant-Counterclaimant Anthem Health Plans of Virginia, Inc. d/b/a Anthem Blue Cross And Blue Shield* |