IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOND PHARMACY, INC., d/b/a AIS HEALTHCARE, <br><br> Plaintiff, <br><br> v. <br><br> ANTHEM HEALTH PLANS OF VIRGINIA, INC., d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD, <br><br> Defendant. | Case No. 1:22-cv-01343-CMH-IDD |

**[Proposed] ORDER GRANTING JOINT MOTION FOR EXTENSION OF DEADLINES**

Having considered Plaintiff Counter-Defendant Bond Pharmacy, Inc., d/b/a AIS Healthcare's ("AIS's") and Defendant-Counterclaimant Anthem Health Plans of Virginia, Inc. d/b/a Anthem Blue Cross And Blue Shield's ("Anthem's"), (collectively the "Parties' ") Joint Motion for Extension of Deadlines, it is hereby

ORDERED that the Joint Motion is GRANTED; and it is further

ORDERED that that the remaining deadlines shall be amended to:

| | |
|---|---|
| September 12, 2023 | Close of fact discovery |
| September 22, 2023 | Deadline for expert disclosures for the party with the burden of proof |
| October 6, 2023 | Deadline for expert disclosures for responsive experts |
| October 20, 2023 | Deadline for rebuttal expert disclosures for the party with the burden of proof |

-1-

-2-

| | |
|---|---|
| September 1, 2023 | Deposition notices deadline |
| November 15, 2023 | Close of expert discovery |
| November 22, 2023 | Deadline for filing list of witnesses to be called at trial, written stipulation of uncontested facts, and copies of trial exhibits |
| November 29, 2023 | Objections to opposing party's witness and exhibit lists deadline |
| December 1, 2023 | Summary judgment motion deadline |

Dated: _____

                                                                                          _____
                                                                                          The Honorable Claude M. Hilton
                                                                                          United States District Judge