IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

BOND PHARMACY, INC., d/b/a AIS )
HEALTHCARE, )
                                )
        Plaintiff,              )
                                )
v.                              )   Civil Case No. 1:22-cv-1343
                                )
ANTHEM HEALTH PLANS OF VIRGINIA, )
INC., d/b/a ANTHEM BLUE CROSS   )
AND BLUE SHIELD,                )
                                )
        Defendant.              )

### ORDER

THIS MATTER comes before the Court on Plaintiff Bond Pharmacy, Inc., d/b/a AIS Healthcare's Motion to Dismiss Defendant's Counterclaim pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

It appearing to the Court that Defendant's counterclaim states a claim upon which relief may be granted, it is hereby

ORDERED that Plaintiff's Motion to Dismiss is DENIED.

CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
July 17, 2023