# EXHIBIT A

# Siu, Sarah E.

| | |
|---|---|
| **From:** | Angelo Pavone <apavone@sheppardmullin.com> |
| **Sent:** | Friday, September 1, 2023 11:15 PM |
| **To:** | Siu, Sarah E.; Stein, Callan G.; Lacy, Michael E.; Flynn, Virginia Bell; Liberman, Harry J. |
| **Cc:** | Paul Werner; Dave Thomas; Imad Matini; Amanda Witt; Charles Spencer-Davis; Calla Simeone; Kathryn J. Ryan; Tom Reklaitis; Alexandra Bustamante; Maria-Laura Coltre; Hannah Wigger |
| **Subject:** | Bond Pharmacy, Inc., d/b/a AIS Healthcare v. Anthem Health Plans of Virginia, Inc. |
| **Attachments:** | Notice of Deposition - G. Boudreaux.pdf |

> CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Counsel,

Please find attached AIS's deposition notice to Gail Boudreaux.  Please let us know available dates as soon as possible.

Best regards,

**Angelo Pavone** | Associate
+1 202-747-2332 | direct
apavone@sheppardmullin.com


<u>Attention:</u> This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

IN THE UNITED STATES DISTRICT COURT
                    FOR THE EASTERN DISTRICT OF VIRGINIA
                                Alexandria Division

| | )   |
|---|---|
| BOND PHARMACY, INC., d/b/a AIS HEALTHCARE, | ) ) ) |
| Plaintiff-Counter Defendant, | ) ) Case No. 1:22-cv-01343-CMH-IDD |
| v. | ) ) |
| ANTHEM HEALTH PLANS OF VIRGINIA, INC., d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD, | ) ) ) ) |
| Defendant-Counterclaimant. | ) ) |

                    **NOTICE OF DEPOSITION OF GAIL K. BOUDREAUX**

TO:   Gail K. Boudreaux
      c/o Michael E. Lacy
      TROUTMAN PEPPER HAMILTON SANDERS LLP
      P.O. Box 1122
      Richmond, Virginia 23218-1122
      Telephone: (804) 697-1326
      Email: michael.lacy@troutman.com
      *Attorneys for Respondent*

PLEASE TAKE NOTICE that on a date and time to be agreed upon by the parties, Plaintiff Bond Pharmacy, Inc., d/b/a AIS Healthcare ("AIS"), will proceed to take the oral deposition of Gail Boudreaux, to be used for all proper purposes allowed under the Federal Rules of Civil Procedure, the local rules of this Court, any Orders entered in this matter, and the agreed stipulations of the parties.

This deposition will be conducted remotely using videoconference technology. The dial-in information for the deposition will be sent under separate cover. The deposition will be taken before a court reporter who is authorized to administer oaths and will continue from day to day

until completed.  The deponent, court reporter, and counsel for the parties will each participate in the videoconference deposition remotely and separately.  This deposition may be used at trial or hearing to the same extent that an in-person deposition may be used in such proceeding.  The parties will not object on the basis that the deposition is being taken remotely, or that the court reporter is not physically present with the witness whose deposition is being taken.  Counsel shall not initiate any private communications, including through text messages, electronic mail, or chat features, with the deponent while a question is pending.

The deposition may also be recorded in real time and by video.  AIS reserves the right to use any video-recording at the parties' final hearing or any other proceeding.

Dated: September 1, 2023

By: /s/ Paul A. Werner
Paul A. Werner
Imad Matini
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
Telephone: 202-747-1931
pwerner@sheppardmullin.com
imatini@sheppardmullin.com

*Attorneys for Plaintiff Counter-Defendant Bond Pharmacy d/b/a AIS Healthcare*