# EXHIBIT E

Message

**From:** Sobecki, Patricia J. [patricia.sobecki@anthem.com]
**Sent:** 5/3/2022 1:46:06 PM
**To:** Timmerman, Leah [Leah.Timmerman@Anthem.com]
**Subject:** RE: AR Advances

Nothing for HIVT, but AIS did send a demand email for payment in 10 days on some claims **without** advance request though.  Just clarifying.

**From:** Timmerman, Leah <Leah.Timmerman@Anthem.com>
**Sent:** Tuesday, May 3, 2022 12:23 PM
**To:** Romeo, Brenda <Brenda.Romeo@anthem.com>; Greulich, Carol <Carol.Greulich@anthem.com>; Sobecki, Patricia J. <patricia.sobecki@anthem.com>; Reynolds, Kate <Kate.Reynolds@anthem.com>
**Subject:** FW: AR Advances

Hi,

Please see email thread below.  I believe the answer is no for our providers but please confirm.  Thanks!

**From:** Golias, Thomas <Thomas.Golias@anthem.com>
**Sent:** Tuesday, May 3, 2022 11:07 AM
**To:** Timmerman, Leah <Leah.Timmerman@Anthem.com>; Lehrer, Randee <Randee.Lehrer@anthem.com>; Wheeler, Lisa <Lisa.Wheeler@Anthem.com>; Jagani, Nidhi <Nidhi.Jagani@anthem.com>; Havens, Barbra <Barbra.Havens@anthem.com>; Fernandez, Yadira <Yadira.Fernandez@anthem.com>
**Subject:** FW: AR Advances

See below, any discussions at all with any providers demanding/proposing this?  I know BSMH has…..others of any type?

**From:** Winn, Bryony <Bryony.Winn@anthem.com>
**Sent:** Tuesday, May 3, 2022 9:01 AM
**To:** Edmonds, Daryl <daryl.edmonds@anthem.com>; Golias, Thomas <Thomas.Golias@anthem.com>; Persinger, Jan <Jan.Persinger@anthem.com>; Eisenstat, Paul <Paul.Eisenstat@anthem.com>; Fricker, Mark <Mark.Fricker@anthem.com>
**Cc:** Kuhn, Jennifer <Jennifer.Kuhn@anthem.com>; Keneally, Sean <Sean.Keneally@anthem.com>; Barber, April <april.barber@anthem.com>; Lamberth, Henry <Henry.Lamberth@anthem.com>
**Subject:** AR Advances

Gang –

Gail and John are VERY concerned about provider advances. They also believe we should have a closer insight into what is upcoming.

I agree wholeheartedly on the latter.

Daryl, Jan, Paul, Tom and Mark – are you aware of any upcoming requests for advances? Please let me know.

I would love us to have a process for cataloguing these, no matter how early the convo. **Mark**  - can you add this to the issues list?

Thanks
Bryony

CONFIDENTIAL