# EXHIBIT F

| | |
|---|---|
| Message | |
| From: | Timmerman, Leah [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=03E7483C079F463F8DFF13142E116F1C-TIMMELH] |
| Sent: | 4/5/2023 4:37:09 PM |
| To: | Fregine, Kayla [o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=aad13acba38c417eabcfc67e0b18bdfd-AA01829]; Trownsell, Melissa [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=22f75ac27dae4a4eb6c03f66d46ce23d-AB36138]; Kovacs, Scott [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=64da2df14d2c43fab4f757964983bab6-AF36992] |
| CC: | Sobecki, Patricia J. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0e8bfddfeee9469e8f329eaa9465e9c2-AD33224]; Golias, Thomas [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c1c5966d696d4ee98a16fe6e72575d84-AG92151]; Boone, Rodney [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=438e8ea6e6b14636a6ffa82ef9ae7b2c-BOONERD] |
| Subject: | FW: Bond/AIS Healthcare Termination |

Kayla and Scott,

Melissa and her CM team will be supporting the Medicare Advantage member outreach. As soon as we have the final talking points ready, along with the updated member file, please share it with Melissa so their outreach can begin.

Rodney, FYI that Melissa is the contact for Medicare Advantage.

Thank you, Leah

---

**From:** Trownsell, Melissa <Melissa.Trownsell@anthem.com>
**Sent:** Wednesday, April 5, 2023 4:26 PM
**To:** Latif M.D., Omar <Omar.Latif@anthem.com>; Golias, Thomas <thomas.golias@elevancehealth.com>; Timmerman, Leah <leah.timmerman@elevancehealth.com>
**Subject:** RE: Bond/AIS Healthcare Termination

Thank you Omar. Our CM team will of course support this outreach once we have the member detail and talking points.



**Elevance Health** | 2022 Fortune 100 Best Companies to Work For™

**Melissa Trownsell, MBA, RN**
Staff Vice President – Medicare Clinical Operations, Elevance Health
Work at home Indiana (EST)
M: 765-202-2461
elevancehealth.com

Administrative Assistant: Amy Fotheringham 360-420-5218

*For planning purposes I will be out of the office on the following dates:*
*April 18 – 20, 2023 (business travel)*

---

**From:** Latif M.D., Omar <Omar.Latif@anthem.com>
**Sent:** Wednesday, April 5, 2023 4:21 PM
**To:** Golias, Thomas <thomas.golias@elevancehealth.com>; Timmerman, Leah <leah.timmerman@elevancehealth.com>
**Cc:** Trownsell, Melissa <Melissa.Trownsell@anthem.com>
**Subject:** RE: Bond/AIS Healthcare Termination

Melissa for Medicare

ATTORNEY'S EYES ONLY

ANTM_00058202

**From:** Golias, Thomas <thomas.golias@elevancehealth.com>
**Sent:** Wednesday, April 5, 2023 1:21 PM
**To:** Hashmi, Razia <Razia.Hashmi@anthem.com>; Latif M.D., Omar <Omar.Latif@anthem.com>; McFadden, Adrienne <Adrienne.McFadden@elevancehealth.com>
**Subject:** RE: Bond/AIS Healthcare Termination

FYI folks, this is a very hot issue with a provider who has provided Gail's contact info to members, we are trying to settle this down and may need this outreach, will possibly require that clinical knowledge/your teams to do that. FAQs and TPs being finalized now….just need to know who we can point to as the clinical contacts. We've ID'd 460 members so far all markets/LOBs, not all need outreach day one so not a huge number.

---

**From:** Timmerman, Leah <leah.timmerman@elevancehealth.com>
**Sent:** Wednesday, April 5, 2023 3:39 PM
**To:** Hashmi, Razia <Razia.Hashmi@anthem.com>; Latif M.D., Omar <Omar.Latif@anthem.com>; McFadden, Adrienne <Adrienne.McFadden@elevancehealth.com>
**Cc:** Golias, Thomas <thomas.golias@elevancehealth.com>; Eisenstat, Paul <Paul.Eisenstat@anthem.com>; Boone, Rodney <rodney.boone@elevancehealth.com>; Fregine, Kayla <kayla.fregine@elevancehealth.com>; Kovacs, Scott <scott.kovacs@elevancehealth.com>; Sobecki, Patricia J. <patricia.sobecki@elevancehealth.com>
**Subject:** Bond/AIS Healthcare Termination
**Importance:** High

Hi Razia, Omar and Adrienne,

Hope you all are well. Reaching out to give you a heads up and ask for your support with this unexpected termination. Bond/AIS Healthcare notified us of their intent to immediately terminate their provider agreements last Friday, 3/31. There are approximately 480 members across all lines of business under their care. The provider included Gail's email address in their patient communication which has generated an influx of emails to Gail. As a next step, a request has been made for outreach to these members in order to coordinate their transition (or, if eligible, initiate continuity of care). Given the complex clinical nature of the services these members are receiving Customer Service is requesting support from UM on this member outreach. Talking points are being finalized now. In the meantime, who on your teams can assist with this member outreach?

Appreciate your help, Leah

---

**From:** Golias, Thomas <thomas.golias@elevancehealth.com>
**Sent:** Wednesday, April 5, 2023 8:53 AM
**To:** Eisenstat, Paul <Paul.Eisenstat@anthem.com>; Persinger, Jan <Jan.Persinger@anthem.com>; Keneally, Sean <Sean.Keneally@anthem.com>; Helmus, Scott <Scott.Helmus@carelon.com>; Benintendi, Laurie <laurie.benintendi@elevancehealth.com>; Gelein (LEGAL), Kelly <kelly.gelein@elevancehealth.com>
**Cc:** Marchetti, Paul <Paul.Marchetti@carelon.com>; Winn, Bryony <bryony.winn@elevancehealth.com>; Williams, Pam <pam.williams@elevancehealth.com>; Rothenberg-Williams, Michelle M. <michelle.rothenberg-williams@elevancehealth.com>; Boone, Rodney <rodney.boone@elevancehealth.com>; Timmerman, Leah <leah.timmerman@elevancehealth.com>; Edmonds, Daryl <Daryl.Edmonds@elevancehealth.com>; Vidor, Jordan <jordan.vidor@elevancehealth.com>; Persinger, Jan <Jan.Persinger@anthem.com>
**Subject:** RE: {EXTERNAL} Re: Anthem insurance -AIS Healthcare

# REDACTED - PRIVILEGED

ATTORNEY'S EYES ONLY

ANTM_00058203

# REDACTED - PRIVILEGED

From: Eisenstat, Paul <Paul.Eisenstat@anthem.com>
Sent: Wednesday, April 5, 2023 8:36 AM
To: Persinger, Jan <Jan.Persinger@anthem.com>; Keneally, Sean <Sean.Keneally@anthem.com>; Helmus, Scott <Scott.Helmus@carelon.com>; Golias, Thomas <thomas.golias@elevancehealth.com>; Benintendi, Laurie <laurie.benintendi@elevancehealth.com>; Gelein (LEGAL), Kelly <kelly.gelein@elevancehealth.com>
Cc: Marchetti, Paul <Paul.Marchetti@carelon.com>; Winn, Bryony <bryony.winn@elevancehealth.com>; Williams, Pam <pam.williams@elevancehealth.com>
Subject: RE: {EXTERNAL} Re: Anthem insurance -AIS Healthcare

# REDACTED - PRIVILEGED

# REDACTED - PRIVILEGED

Thanks.

Paul

**From:** Persinger, Jan <Jan.Persinger@anthem.com>
**Sent:** Wednesday, April 5, 2023 7:20 AM
**To:** Keneally, Sean <Sean.Keneally@anthem.com>; Eisenstat, Paul <Paul.Eisenstat@anthem.com>; Helmus, Scott <Scott.Helmus@carelon.com>; Golias, Thomas <thomas.golias@elevancehealth.com>
**Subject:** RE: {EXTERNAL} Re: Anthem insurance -AIS Healthcare

Adding Tom in...

**From:** Keneally, Sean <Sean.Keneally@anthem.com>
**Sent:** Tuesday, April 4, 2023 7:18 PM
**To:** Eisenstat, Paul <Paul.Eisenstat@anthem.com>; Helmus, Scott <Scott.Helmus@carelon.com>; Persinger, Jan <Jan.Persinger@anthem.com>
**Subject:** Fwd: {EXTERNAL} Re: Anthem insurance -AIS Healthcare

Do we know if this issue is part of the Carelon RX Tram or the Local team?

Sean

**From:** Boone, Rodney <rodney.boone@elevancehealth.com>
**Sent:** Tuesday, April 4, 2023 6:11 PM
**To:** Eisenstat, Paul <Paul.Eisenstat@anthem.com>; Keneally, Sean <Sean.Keneally@anthem.com>
**Cc:** Winn, Bryony <bryony.winn@elevancehealth.com>; Tandon, Saurabh <saurabh.tandon@elevancehealth.com>
**Subject:** FW: {EXTERNAL} Re: Anthem insurance -AIS Healthcare

FYI – AIS Healthcare has shared Gail's info and this is about the 5th email we have seen today. Are we doing anything proactively to manage this with our members and/or provide alternatives? I assume that our contract negotiations broke down with them? Any insights would be helpful.

Thanks,
Rodney

**From:** Boudreaux, Gail <gail.boudreaux@elevancehealth.com>
**Sent:** Tuesday, April 4, 2023 5:41:38 PM (UTC-04:00) Atlantic Time (Canada)

**To:** Elevance Executive Concierge <ExecConcierge@elevancehealth.com>
**Subject:** Fwd: {EXTERNAL} Re: Anthem insurance

This appears to be a contract dispute issue. Please share with our contracting team

Sent from my iPhone

Begin forwarded message:

**From:** PHI - Protected Health Information
**Date:** April 4, 2023 at 3:55:13 PM EDT
**To:** "Boudreaux, Gail" <gail.boudreaux@elevancehealth.com>, jon@renosparkshealthinsurance.com
**Subject:** {EXTERNAL} Re: Anthem insurance

This email originated outside the company. Do not click links or attachments unless you recognize the sender.

ATTORNEY'S EYES ONLY

ANTM_00058206



## Important Change in AIS Healthcare's Network Status by Anthem

Dear Valued Patient:

As the provider of your implanted pump medications, your health and safety are our top priorities. AIS Healthcare's (AIS) pharmacists make your medication one syringe at a time in our state-of-the-art pharmacies under industry-leading quality standards. We also support you throughout your therapy with comprehensive care services, 24/7 clinical access and billing support.

Unfortunately, Anthem has limited your access to AIS's medication and nursing by refusing to honor its obligations to pay AIS for the care it provides to you. Anthem's decision is not based on any safety or quality concern, but instead is a cynical move to restrict your choice and put Anthem's profits over your health. Ultimately, Anthem's financially motivated decision adversely impacts patient and provider choice and compromises quality and safety.

As a result of Anthem's refusal to prioritize you and failure to pay AIS, we regret to inform you that AIS Healthcare will no longer be in Anthem's network as of March 31st, 2023. We understand that changes in coverage can be frightening and may significantly limit how, where and from whom you receive refills. Don't worry, AIS is here for you.

**What does this mean for me?**
After March 31st, 2023, you have a right to choose AIS as your preferred provider and AIS commits to continue providing your care, how, where and from whom you want to receive it, without disruption. This may impact how much you pay for AIS' services under Anthem insurance plans. Don't worry, AIS has a Financial Assistance Program to help eligible patients. Please call us at 877.299.4371, option 1, to learn more about our programs and services.

**What can I do to prevent this change from happening?**
Your voice matters. You have the power to change Anthem's decision. As their member, you have a right to participate in these decisions. Please contact Anthem via letter, e-mail, or phone and tell them to do whatever it takes to keep AIS in network.

**Call:** The number on the back of your membership card
**Email:** Gail Boudreaux (gail.boudreaux@Anthem.com)
**Letters:** Anthem, Attn: Gail Boudreaux, 120 Monument Circle, Indianapolis, IN 46204

Sincerely,

Simon Castellanos
CEO, AIS Healthcare

*Advancing quality. Improving lives.*

AIS Healthcare

ATTORNEY'S EYES ONLY ANTM_00058207

On Tue, Apr 4, 2023 at 12:53 PM PHI - Protected Health Information wrote:

Here is the letter I received on 4/4/23 effective 3/31/23

PHI - Protected Health Information

--



ATTORNEY'S EYES ONLY

ANTM_00058208