IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOND PHARMACY, INC., d/b/a AIS HEALTHCARE, <br><br> Plaintiff, <br><br> v. <br><br> ANTHEM HEALTH PLANS OF VIRGINIA, INC., d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD, <br><br> Defendant. | Case No. 1:22-cv-01343-CMH-IDD |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LIMITED EXTENSION OF THE CLOSE OF FACT DISCOVERY DEADLINE

Having considered the Motion of Plaintiff/ Counter-Defendant Bond Pharmacy, Inc., d/b/a AIS Healthcare ("AIS"), for Limited Extension Of The Close Of Fact Discovery Deadline and any responses thereto, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the deadline for fact discovery in this action as it relates to discovery involving non-party the Health Law Partners, P.C. ("HLP"), shall be extended up to and including October 12, 2023.

Dated: Sept. 14, 2023

The Honorable Claude M. Hilton
United States District Judge

-1-