# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| BOND PHARMACY, INC., d/b/a AIS HEALTHCARE,<br><br>      **Plaintiff,**<br><br>v.<br><br>ANTHEM HEALTH PLANS OF VIRGINIA, INC., d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD,<br><br>      **Defendant.** | Civil Action No. 1:22-cv-01343-CMH-IDD |

## DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER QUASHING BOND PHARMACY'S <u>DEPOSITION NOTICE TO GAIL BOUDREAUX</u>

Defendant Anthem Health Plans of Virginia, Inc., d/b/a Anthem Blue Cross and Blue Shield ("Anthem"), by counsel, hereby notifies the Court that it is withdrawing its Motion for Protective Order Quashing Bond Pharmacy's Deposition Notice to Gail Boudreaux (the "Motion") (Dkt. No. 69) based on the representation of counsel for Plaintiff Bond Pharmacy, Inc., d/b/a AIS Healthcare ("Bond Pharmacy"), attached hereto as **<u>Exhibit A</u>**, that Bond Pharmacy is withdrawing its Deposition Notice of Ms. Boudreaux. A proposed order is attached hereto as **<u>Exhibit B</u>**.

Anthem's withdrawal of its Motion is without prejudice to its rights to renew this Motion if Bond Pharmacy renews its efforts to seek the deposition of Ms. Boudreaux.

162984177v1

| | |
|---|---|
| Date: September 14, 2023 | ANTHEM HEALTH PLANS OF VIRGINIA, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD |

*/s/ Michael E. Lacy*
Michael E. Lacy (VSB No. 48477)
Sarah E. Siu (VSB No. 94716)
TROUTMAN PEPPER HAMILTON SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1326
Facsimile: (804) 697-6061
michael.lacy@troutman.com
sarah.siu@troutman.com

Virginia Bell Flynn (VSB No. 79596)
TROUTMAN PEPPER HAMILTON SANDERS LLP
301 S. College Street, 34th Floor
Charlotte, NC 28202
Telephone: (704) 916-1509
Facsimile: (704) 998-4051
virginia.flynn@troutman.com

Callan G. Stein (*pro hac vice*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
125 High Street, 19th Floor
Boston, MA 02110
Telephone: (617) 204-5100
callan.stein@troutman.com

Harry J. Liberman (*pro hac vice forthcoming*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
875 Third Avenue
New York, NY 10022
Telephone: (202) 704-6000
harry.liberman@troutman.com

*Counsel for Defendant*