IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOND PHARMACY, INC., d/b/a AIS HEALTHCARE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 1:22-cv-1343 CMH/IDD |
| ANTHEM HEALTH PLANS OF VIRGINIA, INC., d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD, | ) ) ) ) ) |
| Defendant. | ) ) |

## ORDER

This matter is before the Court on Defendant Anthem Health Plans of Virginia, Inc.'s Motion for Protective Order Quashing Bond Pharmacy's Deposition Notice to Gail Boudreaux ("Motion") [Dkt. No. 69]. Defendant subsequently filed Defendant's Notice of Withdrawal of Motion for Protective Order Quashing Bond Pharmacy's Deposition Notice to Gail Boudreaux ("Withdrawal") [Dkt. No. 77]. This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motion and Withdrawal, it is hereby

ORDERED that the Motion is deemed **WITHDRAWN without prejudice.**

ENTERED this 25th day of September 2023.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia