IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOND PHARMACY, INC., d/b/a AIS HEALTHCARE, <br><br> Plaintiff, <br><br> v. <br><br> ANTHEM HEALTH PLANS OF VIRGINIA, INC., d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:22-cv-01343-CMH-IDD |

**PLEASE TAKE NOTICE** that the District Court for the Eastern District of Michigan issued an order on Plaintiff/ Counter-Defendant Bond Pharmacy, Inc., d/b/a AIS Healthcare's ("AIS's"), motion seeking an order compelling non-party, the Health Law Partners, P.C. ("HLP"), to comply with a subpoena issued in this litigation (the "Motion to Compel").

On September 11, 2023, AIS filed its Motion to Compel in the District Court for Eastern District of Michigan. The District Court heard oral argument on AIS's motion on October 12, 2023. On October 19, 2023, the District Court issued an order denying AIS's Motion to Compel ("Order"). *See* Exhibit ("Ex.") 1. The District Court also ordered HLP to provide a sworn declaration by its representative, Robert Dindoffer, attesting that HLP produced to AIS all information and documents it shared with Defendant Anthem Health Plans of Virginia, Inc., d/b/a Anthem Blue Cross and Blue Shield regarding AIS. Ex. 1 at 6 n. 5. HLP provided the declaration of Robert Dindoffer to AIS on October 26, 2023. *See* Ex. 2.

-2-

DATE:  November 9, 2023            Respectfully submitted,


By: _____
Paul Werner
Imad Matini
Sheppard, Mullin, Richter & Hampton LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
Telephone: 202-747-1931
Facsimile: 202-747-3817
pwerner@sheppardmullin.com
imatini@sheppardmullin.com

*Attorneys for Plaintiff-Counter Defendant AIS*