IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOND PHARMACY, INC., d/b/a AIS HEALTHCARE, <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> ANTHEM HEALTH PLANS OF VIRGINIA, INC., d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD, <br><br> Defendant/Counterclaim-Plaintiff. | Civil Action No. 1:22-cv-01343-CMH-IDD |

## DEFENDANT/COUNTERCLAIM-PLAINTIFF ANTHEM HEALTH PLANS OF VIRGINIA, INC.'S RULE 26(a)(3) DISCLOSURES

Defendant/Counterclaim-Plaintiff Anthem Health Plans of Virginia, Inc., d/b/a Anthem Blue Cross and Blue Shield ("Anthem"), by counsel and pursuant to Fed. R. Civ. P. 26(a)(3), provides the following disclosures:

**(A)(i).  The name and, if not previously provided, the address and telephone number of each witness, separate identifying those that the party expects to present and those it may call if the need arises:**

Anthem expects to present the following witnesses at trial.  By identifying these witnesses, Anthem does not guarantee or assure their attendance at trial.

       1.     Leah Timmerman
               c/o Michael E. Lacy, Esq.
               Troutman Pepper Hamilton Sanders LLP
               1001 Haxall Point
               Richmond, Virginia 23219

    2.    Kayla Fregine
c/o Michael E. Lacy, Esq.
Troutman Pepper Hamilton Sanders LLP
1001 Haxall Point
Richmond, Virginia 23219

    3.    Joseph Malatesta
c/o Michael E. Lacy, Esq.
Troutman Pepper Hamilton Sanders LLP
1001 Haxall Point
Richmond, Virginia 23219

Anthem may present the following witnesses at trial if the need arises. By identifying these witnesses, Anthem does not guarantee or assure their attendance at trial.

    1.    Patricia Sobecki
c/o Michael E. Lacy, Esq.
Troutman Pepper Hamilton Sanders LLP
1001 Haxall Point
Richmond, Virginia 23219

    2.    Dr. Ayms Lang
c/o Michael E. Lacy, Esq.
Troutman Pepper Hamilton Sanders LLP
1001 Haxall Point
Richmond, Virginia 23219

Anthem reserves the right to call witnesses identified on other parties' witness lists and additional witnesses as may be necessary solely for the purpose of impeachment or rebuttal.

**(A)(ii). The designation of those witnesses whose testimony may be presented by means of a deposition and, if not taken stenographically, a transcript of the pertinent parts of the deposition:**

Anthem may present by deposition the testimony of the following witnesses.

    1.    Simon Castellanos

    2.    Beverly Aborne

    3.    Blaine Forshage

4. Thomas Golias

The designation of the testimony for each witness is set forth in **Exhibit A**. Anthem reserves the right to modify any designation, to offer any designation identified by any other party, and to offer any other deposition testimony for impeachment or rebuttal purposes. By identifying the designations, Anthem does not waive, and expressly reserves, the right to object to the admissibility of any such designations or offer them for only a limited purpose at trial.

**(A)(iii). An identification of each document or other exhibit, including summaries of other evidence—separately identifying those items the party expects to offer and those it may offer if the need arises.**

Anthem's list of exhibits it plans to use at trial and it may use at trial is attached hereto as **Exhibit B**.

Anthem reserves the right to use as exhibits discovery answers, pleadings, and all other documents exchanged in discovery. Anthem reserves the right to use any materials brought to court by any witness who appears in court to give testimony and/or present evidence.

Anthem further reserves the right to utilize demonstrative and summary exhibits, including, but not limited to, illustrations; summaries of testimony, documents and data; charts; models; computer animations; PowerPoint presentations; videotapes; enlargements of portions of records and testimony; jury instructions; and/or photographs and maps.

Anthem preserves all objections and reserves the right to utilize any and all exhibits identified and/or offered by any other party.

By identifying the exhibits in the attached chart, Anthem does not waive, and expressly reserves, the right to object to the admissibility of any such exhibits, or offer them for only a limited purpose at trial.

Anthem is unaware at this time of any additional exhibits which it may offer if the need arises but reserves the right to present rebuttal or impeachment evidence as necessary. Anthem reserves the right to supplement, modify, or amend this disclosure as it obtains additional or different information.

Date: November 22, 2023

ANTHEM HEALTH PLANS OF VIRGINIA, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD

*/s/ Michael E. Lacy*
Michael E. Lacy (VSB No. 48477)
Sarah E. Siu (VSB No. 94716)
TROUTMAN PEPPER HAMILTON SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1326
Facsimile: (804) 697-6061
michael.lacy@troutman.com
sarah.siu@troutman.com

Virginia Bell Flynn (VSB No. 79596)
TROUTMAN PEPPER HAMILTON SANDERS LLP
301 S. College Street, 34th Floor
Charlotte, NC 28202
Telephone: (704) 916-1509
Facsimile: (704) 998-4051
virginia.flynn@troutman.com

Callan G. Stein (*pro hac vice forthcoming*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
125 High Street, 19th Floor
Boston, MA 02110
Telephone: (617) 204-5100
callan.stein@troutman.com

Harry J. Liberman (*pro hac vice forthcoming*)
TROUTMAN PEPPER HAMILTON SANDERS LLP

875 Third Avenue
New York, NY 10022
Telephone: (202) 704-6000
harry.liberman@troutman.com

*Counsel for Defendant*