# EXHIBIT A – DEPOSITION DESIGNATIONS

## Castellanos Tr. Deposition Designations

| | | | |
|---|---|---|---|
| 7:13–7:18 | 78:6–78:12 | 123:23–124:2 | 156:11–156:18 |
| 12:11–12:24 | 78:17–79:2 | 124:14–124:15 | 156:20–157:14 |
| 23:11–24:16 | 79:10–79:13 | 127:22–128:3 | 160:1–160:25 |
| 27:10–27:12 | 79:22–80:5 | 128:18–129:1 | 161:4–161:8 |
| 27:17–27:24 | 80:9–80:11 | 129:3 | 161:15–162:12 |
| 28:3–28:5 | 80:15–81:5 | 129:9–129:13 | 162:14 |
| 28:14–29:8 | 81:14–81:22 | 129:15–129:21 | 163:2–163:18 |
| 29:11–29:21 | 81:25–82:4 | 129:23–130:12 | 163:20–163:21 |
| 30:6–30:10 | 82:13–82:18 | 130:14–130:19 | 164:1–164:8 |
| 30:16–31:17 | 82:20–82:22 | 130:22–130:24 | 164:14–164:18 |
| 32:9–32:12 | 83:2–83:19 | 131:8–131:12 | 165:3–165:18 |
| 32:16–32:21 | 84:23–85:10 | 131:15–131:20 | 167:11–167:24 |
| 33:20–36:3 | 85:12–85:23 | 131:23–132:5 | 168:13–169:16 |
| 36:5–36:9 | 86:15–86:17 | 132:10–132:25 | 169:18–169:25 |
| 37:14–37:18 | 86:23–87:4 | 133:17–134:2 | 170:2–170:6 |
| 37:20–37:21 | 87:6–88:7 | 134:12–134:16 | 170:8 |
| 39:14–39:18 | 88:9–88:11 | 134:19–135:4 | 170:14–170:15 |
| 39:23–40:10 | 88:13–89:5 | 135:6 | 170:18–170:21 |
| 40:16–40:18 | 90:7–90:11 | 135:14–135:22 | 171:6–171:8 |
| 40:21–41:5 | 90:19–90:20 | 136:13–136:21 | 172:7–172:11 |
| 41:19–43:21 | 90:24–91:11 | 137:11–137:25 | 172:25–173:9 |
| 43:23–44:10 | 91:17–91:19 | 139:2–139:7 | 173:11–173:21 |
| 46:24–47:21 | 92:14–93:17 | 139:10–139:25 | 173:23–173:24 |
| 48:4–48:24 | 93:23–93:24 | 140:2–140:9 | 174:5–174:11 |
| 49:1–49:23 | 94:3–94:19 | 140:14–140:24 | 174:16–175:8 |
| 50:3–50:6 | 94:23–95:10 | 141:17–141:21 | 175:10–175:15 |
| 50:8–50:9 | 95:18–95:22 | 141:23–141:25 | 175:24–176:1 |
| 50:14–51:18 | 95:25–97:23 | 142:14–142:18 | 179:5–179:11 |
| 54:21–55:20 | 98:19–98:23 | 142:20 | 179:13–179:24 |
| 59:12–59:14 | 99:4–99:8 | 142:25–143:4 | 181:22–181:25 |
| 59:16 | 104:16–104:25 | 143:6–143:11 | 182:2 |
| 63:18–63:21 | 105:2–105:4 | 143:14–144:22 | 182:8–183:7 |
| 65:18–66:12 | 105:6–105:11 | 145:16:146:2 | 183:9 |
| 66:24–67:2 | 105:13–106:6 | 146:24–146:25 | 183:22–184:6 |
| 68:15–68:22 | 113:10–113:20 | 148:23–149:7 | 192:12–192:20 |
| 69:7–69:22 | 113:22–114:1 | 149:18–149:24 | 193:3–193:5 |
| 70:10–71:12 | 114:5–114:10 | 150:1 | 193:10–193:21 |
| 71:14–71:17 | 114:12 | 150:13–150:24 | 193:23 |
| 71:19–71:25 | 115:20–116:10 | 151:5–151:7 | 196:9–196:19 |
| 72:5–72:7 | 116:12–116:18 | 151:10–152:24 | 210:3–210:8 |
| 74:15–76:4 | 116:21–117:8 | 154:7–154:9 | 210:10–210:14 |
| 76:15–76:17 | 118:14–118:17 | 154:11–154:12 | 210:16–210:21 |
| 76:19–77:9 | 122:8–123:3 | 154:20–155:5 | 210:23–210:25 |
| 77:11–77:25 | 123:8–123:21 | 155:20–156:9 | 211:3–211:17 |

**Aborne Tr. Deposition Designations**

18:7–40:22
56:14–57:19
68:22–69:10
75:18–77:3
83:18–86:13
87:12–90:13
123:19–127:9
127:24–133:25
134:17–137:5
138:22–141:10
143:15–144:13
145:21–146:2
148:11–152:17
153:2–172:7
175:1–180:15
185:2–186:11
188:19–191:24
193:3–193:11
194:16–199:7
202:16–203:3
205:16–207:18
214:17–216:13
221:2–223:8
232:1–232:10
244:23–245:22

## **Forshage Tr. Deposition Designations**

69:15–72:5
75:7–76:4
96:11–97:2
106:19–108:21
109:21–110:21
115:5–115:22
120:17–121:12
128:8–129:14
136:20–137:4
154:5–155:22
162:1–164:5
166:15–168:2

## **Golias Tr. Deposition Designations**

76:23–77:7
116:11–117:3
118:4–120:21
121:1–121:25
123:16–125:11
151:23–153:16