## **EXHIBIT B – EXHIBITS**

| Exhibit Number | BATES Range | Description | Date |
|---|---|---|---|
| 1 | ANTM_00001231-1392 | VA Provider Agreement | 1/15/2020 |
| 2 | AIS_00000660-72; ANTM_00042383-84 | November 2020 (VA) Amendment (with 7.22.2020 transmittal email and attachments) | 11/1/2020 |
| 3 | ANTM_R_00042362-72; ANTM_R_00042383-84 | April 2021 (VA) Proposed Amendment (proposed effective date 04.15.2021) with transmittal email and Virginia attachments | 1/4/2021 |
| 4 | AIS00030318-27 | December 2021 (VA) Amendment | 12/15/2021 |
| 5 | N/A | AIS's Complaint and Exhibits | 11/23/2022 |
| 6 | AIS_IN00006691-92; 95-97 | Letter from Simon Castellanos, to Paige Henning, Re: New Proposal for Intrathecal Infusion Management - Services and Drugs | 06/11/2020 |
| 7 | AIS00000035-37 | Letter from Simon Castellanos, to Paige Henning. Re: Anthem Blue Cross and Blue Shield Provider Agreement with AIS ("Agreement") | 07/24/2019 |
| 8 |  | AIS000000001_appended.xlsx | N/A |
| 9 | AIS00072090-104 | Letter from Joel Yerton, to Patricia Sobecki, Re: Notice to Rescind Termination of Provider Agreements | 8/17/2021 |
| 10 | ANTM _00030199-205; ANTM_R_00030206-224 | Email from Patricia Sobecki, to Joel Jerton, Re: Anthem Amendment | 12/17/2020 |
| 11 | ANTM_00022812-841 | Letters to Anthem Regarding Provider Agreement (NH, CT, ME, WI, OH, VA, NY, MO, GA, CA, CO, IN, NV, KY) | 3/30/2021 |
| 12 | ANTM_00040388-95 | Email from Simon Castellanos, to Leah Timmerman, Re: {EXTERNAL} Follow up | 8/13/2021 |
| 13 | AIS_IN00009863-64 | Email from Simon Castellanos, to Ryan Glaws, Re: Anthem Update | 5/29/2020 |
| 14 | AIS00000001 | Anthem Issue Claims 5-1-23.xlsx | N/A |
| 15 | AIS00000970-75 | Email from Paige Henning, to Simon Castellanos., Re: Summary of Call 6.25.19 | 8/2/2019 |
| 16 | AIS00079949-59 | Letter from P. Werner to P. Pierce (June 28, 2021).pdf | 4/11/2023 11:31 |
| 17 | ANTM_R_00058077-78 | Letter to Anthem Regarding Provider Agreement (NH, CO, CT, GA, IN, ME, MO, NV, WI, CA) | 3/30/2021 |
| 18 |  | Rebuttal Expert Report of Joseph Malatesta | 10/6/2023 |

165493923v1

| Exhibit Number | BATES Range | Description | Date |
|---|---|---|---|
| 19 | https://www.anthem.com/docs/inline/PM_VA_01_2023.pdf | Anthem Blue Cross and Blue Shield Professional Provider Manual effective 03/01/23 | 3/1/2023 |
| 20 | https://www.anthem.com/docs/inline/PM_VA_000010_01_2021.pdf | Anthem Blue Cross and Blue Shield Professional Provider Manual effective 10/1/21 | 10/1/2021 |
| 21 | https://www.anthem.com/docs/inline/PM_VA_000010_01_2020.pdf | Anthem Blue Cross and Blue Shield Professional Provider Manual effective 9/24/20 | 9/24/2020 |
| 22 | https://www.anthem.com/docs/PM_VA_000011.pdf | Anthem Blue Cross and Blue Shield Professional Provider Manual effective 12/09/19 | 12/9/2019 |
| 23 | https://www.anthem.com/docs/PM_VA_000010.pdf | Anthem Blue Cross and Blue Shield Professional Provider Manual effective 11/1/19 | 11/1/2019 |
| 24 | https://www.anthem.com/docs/inline/PM_S_00010.pdf | Blue Card Provider Manual effective 1/1/22 | 1/1/2022 |
| 25 | https://www.anthem.com/docs/inline/PM_S_00007.pdf | Blue Card Provider Manual effective 1/1/21 | 1/1/2021 |
| 26 | https://www.anthem.com/docs/public/inline/PM_S_00004.pdf | Blue Card Provider Manual effective 1/1/19 | 1/1/2019 |
| 27 | https://providers.anthem.com/docs/gpp/VA_CAID_ProviderManual.pdf?v=202303091426 | Anthem HealthKeepers Plus Provider Manual | |
| 28 | https://www.anthem.com/docs/inline/ABSCRPM-0013-22.pdf | Medicare Advantage Provider Manual effective 10/28/22 | 10/28/2022 |
| 29 | https://www.anthem.com/docs/inline/ABSCRPM-0012-22.pdf | Medicare Advantage Provider Manual effective 03/12/22 | 3/12/2022 |
| 30 | https://www.anthem.com/docs/inline/ABSCRPM-0011-21.pdf | Medicare Advantage Provider Manual effective 10/1/21 | 10/1/2021 |
| 31 | https://www.anthem.com/docs/ABSCRPM-0010-20.pdf | Medicare Advantage Provider Manual effective 12/1/20 | 12/1/2020 |
| 32 | https://www.anthem.com/docs/inline/ABSCRPM-0006-20.pdf | Medicare Advantage Provider Manual effective 10/1/20 | 10/1/2020 |
| 33 | https://www.anthem.com/docs/pw_ad094474_4.pdf | Medicare Advantage Provider Manual effective 7/1/20 | 7/1/2020 |
| 34 | https://www.anthem.com/sites/Satellite?blobcol=urldata&blobkey=id&blobtable=MungoBlobs&blobwhere=1534381856301&ssbinary=true | Medicare Advantage Provider Manual effective 1/1/20 | 1/1/2020 |

| Exhibit Number | BATES Range | Description | Date |
|---|---|---|---|
| 35 | https://www.anthem.com/docs/public/inline/PM_CO_00003.pdf | Medicare Advantage Provider Manual effective 3/20/19 | 3/20/2019 |
| 36 | ANTM_00018834-45 | Email from Thomas Golias, to Leah Timmerman, Re: Fwd: AIS Output for Elevance Health | 8/12/2022 |
| 37 | ANTM_00020112-20 | Email from Valerie Benard, to Scott Kovacs, Re: AIS Contract Questions | 2/21/2022 |
| 38 | ANTM_00025516-18 | Email from Leah Timmerman, to Patricia Sobecki, Re: FW: Outline for AIS - Anthem Call 1PM EST | 6/3/2022 |
| 39 | ANTM_00040377-79 | Email from Leah.Timmerman, to scastellanos@aiscaregroup.com, RE: Follow up | 8/16/2021 8:30 |
| 40 | ANTM_00058407-09 | Email from Patricia Sobecki, to Scott Kovacs, Re: FW:AIS Executive summary - termination | 4/1/2021 |
| 41 | ANTM_00059427-31 | Email from Blaine Forshage , to patricia.sobecki@anthem.co;Kovacs, Scott , {EXTERNAL} AIS Healthcare - Request For Payment | N/A |
| 42 | AIS00003302-03 | Email from P. Alexander to M. Brooks re: Language in Anthem Contracts (4/17/2018) | 4/17/2018 |
| 43 | AIS_IN00008076-79 | Email from S. Castellanos to J. Finley re: Anthem Draft Letter (3/11/2019) | 3/11/2019 |
| 44 | ANTM_00010829-35 | Letter from D. Wenners to P. Henning re: response to Anthem's AIS contracting proposal dated 12/7/2018) (3/20/2019) | 3/20/2019 |
| 45 | AIS_IN00013492-94 | Email from S. Castellanos to P. Alexander re: draft Agreement (7/16/2019) | 7/16/2019 |
| 46 | AIS_IN00006810-14 | Email from P. Alexander to C, Bell, Simon Castellanos, and J. Finley re: Anthem Agreement (7/17/2019) | 7/17/2019 |
| 47 | AIS_IN00012024-32 | Email from J. Finley to D. Fusco, S. Castellanos, and C. Bell re: Summary of Call 6.25.19 (8/2/2019) | 8/2/2019 |
| 48 | AIS00002529-34 | Email from S. Castellanos to D. Fusco and D. Wenners re: Suggested edits to the provider agreement with AIS (8/20/2019) | 8/20/2019 |
| 49 | AIS00072769-84 | Email from D. Fusco to S. Castellanos and D. Wenners re: Suggested edits to the provider agreement with AIS (8/20/2019) | 8/20/2019 |
| 50 | ANTM_00010267-70 | Email from P. Sobecki to S. Kovacs, A. Milos, M. Genovese, and M. Gerow re: Suggested edits to the provider agreement with AIS (8/20/2019) | 8/20/2019 |

| Exhibit Number | BATES Range | Description | Date |
|---|---|---|---|
| 51 | AIS00025894-98 | Email from B. Blaine to K. Whitlock, B. Aborne, A. Johnson, S. Owens, J. Roberts, and B. Forshage re: Indiana University | 11/7/2019 |
| 52 | AIS_IN00007945-58 | Letter from L. Timmerman to Advanced Infusion Solutions re: Amendment to the PCS Attachment of the Anthem Blue Cross Provider Agreement for Home Infusion Therapy and/or Ambulatory Infusion Suite | 1/3/2020 |
| 53 | AIS00024282-83 | Email from K. Little re: 2020 Deductible | 1/16/2020 |
| 54 | AIS_IN00014252-57 | Email from B. Aborne to R. Kamm re: Anthem Per Diem Billing (4/15/2020) | 4/15/2020 |
| 55 | AIS_IN00016694-99 | Email from B. Aborne to A. Hill & S Owen. Re: Anthem Contracts | 4/17/2020 |
| 56 | ANTM_00031440-42 | Email from P. Henning to S. Castellanos, P. Sobecki, J. Hall, and B. Forshage re: AIS Healthcare Update (5/18/2020) | 5/18/2020 |
| 57 | AIS_IN00018991-95 | Email from S. Castellanos to J. Finley, R. Kamm, B. Forshage, and D. Fusco re: AIS Healthcare Update (5/19/2020) | 5/19/2020 |
| 58 | AIS00024475-76 | Email thread between K. Little, L. Scurlock, B. Aborne, A. Hill, S. Owens, K. Preyor, D. Davis, and T. Mason re: Anthem – TF Denials Nov'19-Jan '20 | Drug Claims for IMPPAIN | 5/28/2020 |
| 59 | AIS00019034-37 | Email thread between K. Preyer, B. Aborne, and L. Scurlock re: Novologix an the need for J3490 Invoice | 6/10/2020 |
| 60 | AIS_IN00011401-03 | Email from J. Yerton to S. Castellanos, B. Forshage, R. Kamm, and J. Finley re IMPORTANT follow up from yesterday's call: AIS and Anthem | 8/21/2020 |
| 61 | AIS_IN00006655-76 | Sept. 25, 2020 Powerpoint Regarding AIS "Payer Relations Strategy" | 9/25/2020 |
| 62 | AIS_IN00011331-32 | Email from C. Bell to S. Castellanos re: Anthem Amendment (12/17/2020) | 12/17/2020 |
| 63 | AIS_IN00013035-61 | Email from S. Castellanos to J. Finley and R. Kamm re: Anthem Amendment (with attachments AIS IN Cover letter Amendment 4.1.21.pdf; AIS OH Cover letter Amendment 4.1.21.pdf; AIS_HIVT_Pain_Mgmt_0H_Amendment_12_15_2020.pdf; AIS_HIVT_Pain_Mgmt_IN_Amendment_12_15_2020.pdf) | 12/17/2020 |
| 64 | AIS_IN00010285-90 | Letter from P. Pierce to P. Werner re: Anthem Blue Cross Per Diem Billing and Response to Overpayment Demands, Advanced Infusion Solutions | 12/22/2020 |
| 65 | AIS00020362-63 | Email thread between S. Owens, B. Aborne, and L. Calkins re: Claims & Patient Balances | Statements 2021 | 1/6/2021 |

165493923v1

| Exhibit Number | BATES Range | Description | Date |
|---|---|---|---|
| 66 | ANTM_00043435-59 | AIS Healthcare PowerPoint: "Anthem Single Source Provider Proposal: August, 2020" | 2/16/2021 |
| 67 | ANTM_00004910 | Email from Scott Kovacs to Jon Gallahan and Marcia Dawalt re Intrathecal Pain Pump Compounding Pharmacy (3/19/2021) | 3/19/2021 |
| 68 | ANTM_R_00058064-68 | Email from P. Sobecki to J. Yerton re: AIS │ Anthem Communication re: NDC (3/29/2021) | 3/29/2021 |
| 69 | AIS00031211-12 | Email from B. Aborne to B. Aborne re: Anthem Proposal Meeting 7/29/2021 | 7/29/2021 |
| 70 | AIS_IN00015865-69 | Email from J. Finley to S. Castellanos, J. Yerton, B. Forshage, R. Kamm, and B. Aborne re: IMPORTANT: ANTHEM COMMUNICATION (8/16/2021) | 8/16/2021 |
| 71 | AIS00031160-61 | Email from B. Aborne to B. Aborne re: AIS Anthem meeting 8/16/2021 (8/16/2021) | 8/16/2021 |
| 72 | ANTM_00027599-612 | Email from P. Sobecki to J. Yerton, B. Aborne, S. Kovacs, and K. Fregine re: Quick follow up from our call today… (attachment ed Line Anthem AMM - AIS OH Amendment HIVT 4.1.21.docx) | 8/16/2021 |
| 73 | AIS00072090-104 | Letter from J. Yerton to P. Sobecki re: Notice To Rescind Termination Of Provider Agreements (8/17/2021) | 8/17/2021 |
| 74 | ANTM_00027424-42 | Email from J. Yerton to P. Sobecki, S. Kovacs, L. Brooke re: Executed OH amendment (attachment AMM - Advanced Infusion Solutions HIT Amendment 12.15.21_Ohio.pdf) (8/18/2021) | 8/18/2021 |
| 75 | ANTM_00028396-97 | Email from P. Sobecki to J. Yerton, S. Kovacs, and P. Carter re: AIS Billing / Set up scenarios (8/31/2021) | 8/31/2021 |
| 76 | AIS_IN00006984-89 | Email from B. Forshage to L. Calkins, S. Castellanos, R. Kamm, J. Finley, B. Rychener, B. Aborne, C. Jeske, G. Bradley, and J. Yerton re: Sales I FS Task Force Agenda (10/12/2021) (with attachments AIS-Anthem Home Connect Communication & Talking Points DRAFT 10-12-21.pdf; AIS-Anthem Home Connect Communication & Talking Points DRAFT 10-12-21.pdf) (10/13/2021) | 10/13/2021 |
| 77 | AIS00063438-39 | Email from B. Blaine to B. Aborne, J. Marshall, and Arleigha Hill re: Anthem IMPPAIN Therapy | 12/9/2021 |
| 78 | AIS00042303-13 | Email thread between J. Yerton to M. Madsen, K. Fregine, B. Forshage, B. Aborne, S. Kovacs, P. Sobecki, J. Lange, R. Kamm, and J. Hall re: Update Please | 4/1/2022 |
| 79 | ANTM_00052121-25 | Email from S. Kovacs to K. Fregine re: AIS Healthcare – Request for Payment (4/28/2022) | 4/28/2022 |

165493923v1

| Exhibit Number | BATES Range | Description | Date |
|---|---|---|---|
| 80 | AIS00053360-63 | Email from B. Forshage to B. Bonner and C. Jeske re: AIS Healthcare - Indiana University Health (5/11/2022) | 5/11/2022 |
| 81 | AIS_IN00012636-38 | Email from S. Castellanos to R. Kamm re: AIS Shell Demand Letter to Anthem_jf03152022 | 5/13/2022 |
| 82 | ANTM_00058504-20 | Email attaching email from K. Fregine to J. Yerton, M. Madsen, P. Sobecki, S. Kovacs, J. Lange, and B. Forshage re: Anthem Update -No Response- SECURE and email from K. Fregine to B. Aborne, J. Yerton, S. Kovacs, J. Lange, and P. Sobecki re: Anthem Follow up SECURE | 5/13/2022 |
| 83 | AIS00051767-68 | Anthem/Medicare HomeConnect Patients Summary Spreadsheet | 5/20/2022 |
| 84 | AIS00042923-29 | AIS Healthcare PowerPoint: "Anthem National Drug Code (NDC) Discussion" (6/9/2022) | 6/8/2022 |
| 85 | AIS_IN00010146-49 | Email from B. Forshage to S. Castellanos, J. Finley, R. Kamm, and J. Yerton re: Anthem Strategy Planning (attachment Generic Anthem Physician Letter 06142022.docx) (6/14/2022) | 6/14/2022 |
| 86 | AIS_IN00005144-48 | Email from B. Forshage to S. Castellanos, J. Yerton, R. Kamm, J. Finley, and B. Cady re: Anthem Intrathecal Therapies Concern (6/15/2022) | 6/15/2022 |
| 87 | ANTM_00037344-45 | Email thread between P. Sobecki, B. Aborne, K. Fregine, J. Yerton, J. Lange, S. Kovacs, B. Forshage, and M. Madsen re: SECURE TF Follow up AIS- Indiana Medicaid | 6/17/2022 |
| 88 | AIS_IN00010762-66 | Email from J. Yerton to B. Forshage, R. Kamm, J. Finley, S. Castellanos re: Draft Attorney Client Privilege to Anthem - Leah Timmerman (7/13/2022) | 7/13/2022 |
| 89 | ANTM_00018263-69 | Email thread between P. Sobecki, N. Bouye, and J. Marsalis | 7/27/2022 |
| 90 | AIS00000009-12 | Outlook/Teams Meeting appointment from B. Forshage to S. Castellanos, R. Kamm, and J. Yerton re: Conversation Follow Up - AIS Healthcare (7/29/2022) | 7/29/2022 |
| 91 | AIS00006682-83 | Email thread between B. Aborne and R. Posey re: Anthem Indiana Contract and Medicaid coverage for Per Diem reimbursement (without attachment) | 8/16/2022 |
| 92 | AIS00043323-24 | Email from B. Aborne to R. Kamm re: Anthem – Office to Home Plan | 8/18/2022 |
| 93 | AIS_IN00005141-43 | Email from J. Finley to B. Forshage, S. Castellanos, and R. Kamm re: Talking Points for Kip's Call (9/13/2022) | 9/13/2022 |
| 94 | AIS_IN00007886 | Email from S. Castellanos to J. Finley, J. Yerton, and R. Kamm re: Anthem (10/21/2022) | 10/21/2022 |

165493923v1

| Exhibit Number | BATES Range | Description | Date |
|---|---|---|---|
| 95 | ANTM_00060414-44 | Email attaching email from K. Fregine to J. Yerton, J. Lange, S. Kovacs, P. Sobecki, B. Forshage, and B. Aborne re: SECURE TF Follow up AIS- Indiana Medicaid | 12/15/2022 |
| 96 | AIS_IN00005494-509 | Email from B. Aborne to J. Finley, S. Castellanos, and R. Kamm re: Anthem S9328 Refund Request $5211.29 | 2/20/2023 |
| 97 | https://www.wapt.com/article/fbi-descends-upon-ridgeland-office-building/43145461 | WAPT News Release: FBI Descends Upon Ridgeland Office Building | 3/2/2023 |
| 98 | AIS00068417-21 | Email from J. Finley to G. Bradley, R. Kamm, S. Castellanos, A. Sumner, J. Yerton, and B. Aborne FW: Letters, with attachments | 3/31/2023 |
| 99 | ANTM_00057907-37 | Letter from P. Werner to K. Norman re: Immediate Termination Of Provider Agreement | 3/31/2023 |
| 100 | ANTM_00058251-79 | Letter from M. Lacy to P. Werner re Termination Letter | 4/3/2023 |
| 101 | https://www.cms.gov/medicare/coding-billing/healthcare-common-procedure-system/level-II-coding-process | CMS Healthcare Common Procedure Coding System (HCPCS) Level II Coding Procedures | 12/1/2022 |
| 102 | https://nhia.org/wp-content/uploads/2022/11/Home-Infusion-Infographic-V6-2.pdf | NHIA Home Infusion Infographic | 5/1/2020 |
| 103 | https://nhia.org/wp-content/uploads/2021/08/Multiple-letters-proposed-rule-to-CMS.pdf | NHIA -- Multiple Letters from Congress to CMS on Legislative Intent | 9/26/2022 |
| 104 | https://www.govinfo.gov/content/pkg/FR-2012-11-16/pdf/2012-26900.pdf | 77 FR 68892 -- Medicare Program; Revisions to Payment Policies Under the Physician Fee Schedule, DME Face-to-Face Encounters, Elimination of the Requirement for Termination of Non- Random Prepayment Complex Medical Review and Other Revisions to Part B for CY 2013 | 11/16/2012 |
| 105 | https://nhia.org/advocate/fixing-part-b-hit-benefit/nhia-hill-day/ | NHIA -- 2023 Capitol Hill Visits | 9/28/2023 |
| 106 | https://conference.nhia.org/speaker-spotlight-david-franklin/ | NHIA -- Speaker Spotlight:  David Franklin | 3/26/2023 |
| 107 | https://nhia.org/about-infusion-therapy/ | NHIA -- About Home and Alternate Site Infusion | 11/22/2023 |
| 108 | AIS_VA00000001 - AIS_VA00001738 | AIS's Sample Claims Documents | N/A |
| 109 | ANTMVA_00000001 - ANTMVA_00015524 | Anthem's Sample Claims Documents | N/A |

165493923v1