IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOND PHARMACY, INC., d/b/a AIS HEALTHCARE, | |
| Plaintiff, | Case No. 1:22-cv-01343-CMH-IDD |
| v. | |
| ANTHEM HEALTH PLANS OF VIRGINIA, INC., d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD, | |
| Defendant. | |

## PLAINTIFF'S EXHIBIT LIST

Pursuant to the Court's July 17, 2023, Order, Plaintiff-Counter Defendant Bond Pharmacy, Inc., d/b/a AIS Healthcare ("AIS"), hereby submits the attached exhibit list. AIS reserves the right to amend and supplement this list as necessary, including but not limited to adding exhibits necessary for rebuttal, for impeachment, or to cross examine any witness listed on Defendant Anthem Health Plans of Virginia, Inc., d/b/a Anthem Blue Cross and Blue Shield's ("Anthem's") witness list. For ease of reference, AIS has separated its medical claim documents, which are voluminous, into a separate section on its exhibit list.

AIS has delivered paper copies of its exhibits to the Court via courier. Due to the size of the files, its claim documents have been provided on a flashdrive. Copies of both have been sent to opposing counsel.

Dated: November 22, 2023

Respectfully submitted,

By: _____

Paul Werner
Imad Matini
Sheppard, Mullin, Richter & Hampton LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
Telephone: 202-747-1931
Facsimile: 202-747-3817
pwerner@sheppardmullin.com
imatini@sheppardmullin.com

*Attorneys for Plaintiff Counter-Defendant*