**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |  |
|---|---|---|
| BOND PHARMACY, INC., d/b/a AIS HEALTHCARE, | ) ) ) ) | |
| Plaintiff-Counter Defendant, | ) ) ) | Case No. 1:22-cv-01343-CMH-IDD |
| v. | ) ) ) | |
| ANTHEM HEALTH PLANS OF VIRGINIA, INC., d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD, | ) ) ) ) | |
| Defendant-Counterclaimant. | ) ) ) | |

## PLAINTIFF/ COUNTER-DEFENDANT BOND PHARMACY, INC., d/b/a AIS HEALTHCARE'S RULE 26(a)(3) DISCLOSURES

In accordance with the Court's February 22, 2023 Order, Plaintiff/ Counter-Defendant Bond Pharmacy, Inc., d/b/a AIS Healthcare ("AIS"), hereby submits the follow Rule 26(a)(3) Pretrial Disclosures.

**I.     Witnesses.** AIS hereby incorporates its witness list, filed November 22, 2023. ECF No. 97. AIS reserves the right to call additional witnesses as may be required to authenticate documents or for rebuttal purposes. Plaintiff further reserves the right to call any witness who appears on Defendant Anthem Health Plans of Virginia, Inc., d/b/a Anthem Blue Cross and Blue Shield's ("Anthem's") witness list or Rule 29(a)(3) disclosures. These disclosures are made without waiver of the attorney-client privilege, attorney work product doctrine, or any other applicable privilege. AIS reserves the right to add to or amend these disclosures as appropriate and/or necessary.

**II.     Deposition designations.**  AIS does not currently expect to present any testimony by deposition.  However, if a witness is unable or refuses to attend trial, AIS will present the following deposition testimony in lieu of live testimony.  The specific deposition designations for each witness are set forth in **Exhibit A**.  AIS reserves the right to modify any designation, offer any designation identified by any other party, offer counter-designations based on the designation of another party, and offer any other deposition testimony for impeachment or rebuttal purposes.  By identifying the designations, AIS does not waive, and expressly reserves, the right to object to the admissibility of any such designations (or referenced exhibits) or offer them for only a limited purpose at trial.

    **A.** Beverly Aborne

    **B.** Lorrie Cahoon

    **C.** Simon Castellanos

    **D.** Blaine Forshage

    **E.** Tom Golias

    **F.** Paige Henning

    **G.** Scott Kovacs

    **H.** Patricia Sobecki

    **I.** Leah Timmerman

**III.     Exhibits.**  AIS hereby incorporates its exhibit list, filed November 22, 2023.  ECF No. 94.  AIS reserves the right to amend and supplement this list as necessary, including but not limited to adding exhibits necessary for rebuttal, for impeachment, or to cross examine any witness listed on Anthem's witness list.

AIS further reserves the right to utilize demonstrative and summary exhibits, including, but not limited to, illustrations; summaries of testimony, documents and data; charts; models; computer animations; PowerPoint presentations; videotapes; enlargements of portions of records and testimony; jury instructions; and/or photographs and maps.

Date: December 1, 2023                                            Respectfully submitted,

By:
Paul A. Werner
Imad Matini
Hannah Wigger (admitted *pro hac vice*)
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
Telephone: 202-747-1931
pwerner@sheppardmullin.com
imatini@sheppardmullin.com
hwigger@sheppardmullin.com

*Attorneys for Plaintiff/ Counter-Defendant*

# **CERTIFICATE OF SERVICE**

I hereby certify that, on December 1, 2023, the foregoing document was served via the Court's electronic filing system to the following counsel of record:

Michael E. Lacy
Sarah E. Siu
TROUTMAN PEPPER HAMILTON
SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1326
Facsimile: (804) 697-6061
michael.lacy@troutman.com
sarah.siu@troutman.com

Virginia Bell Flynn
TROUTMAN PEPPER HAMILTON
SANDERS LLP
301 S. College Street, 34th Floor
Charlotte, NC 28202
Telephone: (704) 916-1509
Facsimile: (704) 998-4051
virginia.flynn@troutman.com

Callan G. Stein
TROUTMAN PEPPER HAMILTON
SANDERS LLP
125 High Street, 19th Floor
Boston, MA 02110
Telephone: (617) 204- 5100
callan.stein@troutman.com

Harry J. Liberman
TROUTMAN PEPPER HAMILTON
SANDERS LLP
875 Third Avenue
New York, NY 10022
Telephone: (202) 704-6000
harry.liberman@troutman.com

By: _____
Paul Werner