**EXHIBIT A**

**A. Beverly Aborne**
- 7:5-9
- 7:19-25
- 51:3-14
- 52:21-54:1
- 54:12-55:1
- 59:25-60:17
- 64:15-66:2
- 67:2-14
- 68:22-69:1
- 69:14-70:2
- 71:19-72:20
- 72:25-74:3
- 75:2-17
- 77:4-78:4
- 78:11-22
- 79:21-80:7
- 80:13-21
- 82:14-20
- 91:18-92:15
- 94:2-15
- 98:1-7
- 102:21-25
- 110:14-111:10
- 126:7-17
- 127:10-19
- 132:10-18
- 135:8-20
- 136:14-20
- 142:18-143:1
- 145:10-17
- 146:3-148:10
- 165:12-166:20
- 169:9-170:3
- 170:15-23
- 177:22-180:5
- 203:5-10
- 238:10-244:21

**B. Lorrie Cahoon**
- 5:5-14
- 5:23-6:14

- 8:4-13
- 13:1-4
- 13:11-14:14
- 21:12-22:4
- 30:3-15
- 30:22-31:25
- 33:14-22
- 34:3-10
- 34:24-36:1
- 36:12-37:9
- 38:8-42:15
- 45:5-46:1
- 46:17-47:15
- 49:18-25
- 50:13-52:25
- 53:16-57:3
- 58:11-60:8
- 60:21-64:3
- 64:16-67:1
- 68:19-71:20
- 74:4-75:2
- 77:10-78:16
- 80:19-81:8
- 81:22-84:19
- 87:4-88:3
- 88:18-89:11
- 89:22-91:24
- 92:16-19
- 94:15-95:3
- 95:13-100:25
- 101:20-102:3
- 103:22-104:4
- 104:21-105:16
- 106:3-108:16
- 110:1-112:22
- 114:19-23
- 117:25-118:11
- 121:7-10
- 123:20-126:1
- 129:25-131:5
- 139:6-141:25
- 144:18-145:16
- 152:12-153:19
- 156:20-24

- 161:5-25
- 162:15-163:1
- 163:16-165:23

**C.  Simon Castellanos**
- 7:8-10
- 12:14-13:19
- 30:23-31:17
- 40:21-42:8
- 54:2-11
- 59:17-24
- 64:9-65:16
- 66:13-67:15
- 75:11-76:14
- 117:9-118:17
- 119:10-22
- 120:22-122:7
- 123:4-21
- 124:14-25
- 150:16-24
- 160:1-161:14
- 169:3-25
- 170:11-171:13
- 174:17-175:15
- 179:5-19
- 185:14-186:18

**D.  Blaine Forshage**
- 3:2-11
- 11:18-12:5
- 17:12-22
- 18:10-19:3
- 44:5-45:7
- 61:13-63:19
- 66:5-69:1
- 72:7-74:15
- 75:7-12
- 77:14-82:5
- 85:21-86:4
- 89:6-91:9
- 93:8-95:4
- 97:7-99:15
- 109:2-20
- 111:2-113:1

- 130:12-132:15
- 145:22-150:13
- 151:11-18
- 159:3-161:11
- 164:6-19
- 172:16-173:11
- 181:9-184:8
- 184:17-185:1
-

**E.  Tom Golias**
- 4:2-16
- 6:1-8
- 7:7-16
- 31:13-32:9
- 34:14-37:12
- 38:2-9
- 40:24-41:11
- 59:1-61:12
- 61:23-65:1
- 67:14-68:4
- 70:13-71:10
- 78:24-79:11
- 80:14-81:9
- 89:1-6
- 93:5-94:11
- 94:24-95:11
- 110:6-21
- 117:4-12
- 122:2-123:15
- 125:12-25
- 131:20-132:5
- 136:14-16
- 138:9-139:25
- 149:10-23
- 154:7-155:4

**F.  Paige Henning**
- 5:3-10
- 5:17-18
- 8:4-13
- 16:16-18:6
- 18:17-23
- 19:4-11

- 21:8-13
- 22:13-23:1
- 24:19-26:4
- 32:15-33:1
- 34:11-21
- 35:23-36:8
- 37:9-16
- 39:16-21
- 40:5-22
- 42:14-43:2
- 43:23-44:22
- 45:8-10
- 47:1-8
- 48:6-15
- 51:7-53:21
- 54:16-64:25
- 64:25-74:4
- 74:20-75:24
- 76:13-77:25
- 78:9-11
- 82:10-83:6
- 89:20-90:10
- 91:11-92:5
- 92:14-20
- 93:10-25
- 94:19-21
- 96:20-99:25
- 110:14-19
- 111:4-117:3
- 118:1-119:4
- 122:13-19
- 124:14-125:12
- 126:2-133:6
- 134:14-135:1
- 135:16-136:11
- 137:16-139:7
- 139:19-142:4
- 142:11-143:12
- 146:3-148:9
- 149:4-151:25
- 153:11-156:5
- 157:1-158:22
- 159:20-161:13
- 181:12-14

**G.  Scott Kovacs**
- 5:3-17
- 5:22-6:8
- 7:8-17
- 18:18-20:12
- 21:14-17
- 22:14-27:4
- 29:12-17
- 35:24-38:3
- 53:12-54:24
- 55:16-18
- 58:10-22
- 60:1-61:10
- 64:8-65:8
- 66:24-68:15
- 69:21-70:16
- 71:4-19
- 71:25-74:2
- 74:8-81:24
- 83:17-88:1
- 88:15-19
- 91:24-96:11
- 96:21-103:2
- 103:24-107:3
- 108:3-110:20
- 111:8-113:13
- 114:8-115:23
- 120:12-16
- 121:3-144:23
- 152:17-162:5
- 162:15-163:19
- 164:15-165:4

**H.  Patricia Sobecki**
- 6:2-9
- 6:21-7:5
- 8:14-19
- 20:4-21:5
- 21:12-22:11
- 22:17-23:1
- 23:7-9
- 23:14-24:6
- 28:19-29:17

- 33:18-21
- 34:9-18
- 38:22-39:8
- 41:12-42:9
- 42:16-43:4
- 43:19-44:8
- 44:22-45:9
- 45:20-46:9
- 46:9-48:6
- 50:11-14
- 50:19-21
- 53:19-25
- 55:14-24
- 63:5-8
- 65:5-7
- 66:1-19
- 68:17-69:24
- 75:15-19
- 75:24-76:4
- 81:1-18
- 82:1-84:15
- 85:4-86:14
- 87:12-88:10
- 99:12-101:24
- 103:14-16
- 104:20-109:23
- 110:25-111:15
- 111:25-112:14
- 114:1-3
- 115:14-116:15
- 116:23-117:14
- 119:2-120:1
- 120:10-20
- 121:9-122:16
- 123:24-124:17
- 128:17-132:6
- 133:2-4
- 133:18-135:14
- 140:17-19
- 141:14-142:8
- 142:21-24
- 146:7-147:15
- 147:25-148:6
- 151:2-16

- 175:23-25
- 176:22-177:22
- 180:9-11
- 182:5-183:21
- 192:13-21
- 196:22-197:2

**I.  Leah Timmerman**
- 10:1-4
- 11:4-13
- 11:20-12:3
- 13:13-18
- 16:6-25:8
- 35:6-36:9
- 46:13-20
- 47:4-48:10
- 58:17-60:7
- 62:22-66:13
- 74:10-22
- 79:17-80:14
- 81:8-22
- 82:21-83:22
- 87:1-88:11
- 90:16-91:13
- 93:11-14
- 94:5-19
- 95:10-20
- 97:6-101:16
- 102:18-104:16
- 105:5-9
- 106:21-107:18
- 109:12-114:17
- 117:8-120:11
- 121:4-124:3
- 126:1-5
- 126:18-128:13
- 130:1-140:9
- 141:8-150:10
- 153:12-155:16
- 156:12-160:9
- 161:22-162:6
- 164:3-171:12
- 176:5-183:22
- 185:8-189:22

- 193:12-194:13
- 197:19-203:6
- 210:22-214:12
- 226:4-230:10
- 239:11-15
- 241:9-11
- 243:2-9
- 243:21-248:12
- 249:4-20
- 250:14-15
- 252:17-254:4
- 257:7-258:6
- 267:1-268:22
- 273:7-278:5
- 281:9-284:7
- 289:1-292:19
- 302:14-312:20