IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOND PHARMACY, INC., d/b/a AIS HEALTHCARE,<br><br>            Plaintiff,<br><br>v.<br><br>ANTHEM HEALTH PLANS OF VIRGINIA, INC., d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD,<br><br>            Defendant. | Civil Action No. 1:22-cv-1343 CMH/IDD |

## ORDER

This matter is before the Court on Defendant's Consent Motion for Extension of Time to File Reply Briefs in Support of Motions to Exclude Plaintiff's Experts ("Motion") [Dkt. No. 193]. This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motion and for good cause shown, it is hereby

ORDERED that the Motion is **GRANTED**. Defendant shall file its reply briefs no later than January 2, 2024.

ENTERED this 27th day of December 2023.

                                                                                                 /s/
                                                       Ivan D. Davis
                                                       United States Magistrate Judge

Alexandria, Virginia