
# Exhibit 2

# FILED UNDER SEAL