**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| BOND PHARMACY, INC., d/b/a AIS HEALTHCARE, | )<br>)<br>)<br>) |
| Plaintiff, | ) Case No. 1:22-cv-01343-CMH-IDD |
| v. | ) |
| ANTHEM HEALTH PLANS OF VIRGINIA, INC., d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD, | )<br>)<br>) |
| Defendant. | ) |

**<u>MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR CONTINUANCE OF HEARING ON PLAINTIFF'S MOTION TO PERMIT WITNESS TRIAL TESTIMONY BY ZOOM</u>**

Plaintiff Counter-Defendant Bond Pharmacy, Inc., d/b/a AIS Healthcare ("AIS"), respectfully moves this Court for a brief continuance of the hearing on Plaintiff's Motion to Permit Witness Trial Testimony by Zoom. Defendant-Counterclaimant Anthem Health Plans of Virginia, Inc., d/b/a Anthem Blue Cross And Blue Shield ("Anthem"), does not oppose this motion. In support of this motion, AIS states as follows:

1. On January 29, 2024, AIS filed a Motion to Permit Trial Testimony by Zoom (the "Zoom Motion") and noticed the Zoom Motion for hearing on February 16, 2024.

2. On January 30, 2024, the Court set the Zoom Motion for hearing on February 16, 2024.

3. On February 12, 2024, the Court continued the hearing on the Zoom Motion to February 20, 2024.

4. This litigation is proceeding parallel to several individual arbitrations administered by JAMS between the Parties (the "Arbitrations"). The Arbitrations concern similar claims to those at issue in this litigation under contracts governing the Parties' conduct in other states. *See* ECF No. 195.

5. To that end, the liability hearing for one of the Arbitrations is scheduled to take place from February 19, 2024, through February 23, 2024, before a three-arbitrator panel.

6. As such, counsel for both AIS and Anthem will be unable to attend the hearing on the Zoom Motion that is now scheduled for February 20, 2024, without missing part of the arbitration.

7. AIS therefore respectfully requests a brief continuance to Friday, March 1, 2024, at 10:00 a.m.

8. The Parties are already set to appear before the Court on that same date and time for a hearing on Anthem's Motion to Quash Subpoenas.

9. Good cause exists for granting this motion because a brief continuance will enable the Parties' counsel to be present at both proceedings. *See* L. R. 7(G).

10. This motion is not made for the purpose of undue delay and was submitted as soon as the conflict arose and well-before the hearing on the Zoom Motion is scheduled to take place.

11. AIS is available to discuss this matter with the Court at its convenience.

WHEREFORE, for the foregoing reasons, AIS requests a brief continuance of the hearing on the Zoom Motion to Friday, March 1, 2024, at 10:00 a.m.

Date:  February 15, 2024

Respectfully submitted,

By: 
Paul A. Werner
Imad Matini
Hannah Wigger (admitted *pro hac vice*)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
Telephone: 202-747-1931
pwerner@sheppardmullin.com
imatini@sheppardmullin.com
hwigger@sheppardmullin.com

*Attorneys for Plaintiff/ Counter-Defendant Bond Pharmacy, Inc. d/b/a AIS Healthcare*