# Exhibit 1

```
                                                          Page 6
 1           Whereupon --
 2                     PATRICIA SOBECKI,
 3      called to testify via Zoom videoconference,
 4      having been first duly sworn or affirmed, was
 5      examined and testified as follows:
 6                        *    *    *
 7                       EXAMINATION
 8      BY MR. MATINI:
 9           Q.   All right.  Good morning, Ms. Sobecki.
10           A.   Good morning.
11           Q.   All right.  Just before we start, you
12      can hear me okay and see me all right?
13           A.   Yes.
14           Q.   Great.  Thank you.
15                Again, my name is Imad Matini, and I
16      represent AIS Healthcare in this litigation.
17      Would you please just state your name and address
18      for the record?
19           A.   Patricia J. Sobecki, ████████████████
20      ████, Indianapolis, Indiana ████.
21           Q.   And just before we start, I just want to
22      go over a few ground rules for the deposition
23      today.  Basically, I'm sure you've talked with
24      your counsel, but I'm going to ask you some
25      questions.  And if I ask a question you don't
```