IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| BOND PHARMACY, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:22-cv-1343 |
| ANTHEM HEALTH PLANS OF VIRGINIA, INC., | ) ) ) ) |
| Defendant. | ) |

### ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendant's Motion for Partial Summary Judgement is GRANTED, and Plaintiff's Motion for Summary Judgment is DENIED.

_/s/ Claude M. Hilton_
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
February 20, 2024

1