IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOND PHARMACY, INC., d/b/a AIS HEALTHCARE, ) ) ) ) Plaintiff-Counter ) Defendant, ) ) v. ) ) ANTHEM HEALTH PLANS OF ) VIRGINIA, INC., d/b/a ANTHEM ) BLUE CROSS AND BLUE SHIELD, ) ) Defendant- ) Counterclaimant. ) ) | Case No. 1:22-cv-01343-CMH-IDD |

**MEMORANDUM OF LAW IN SUPPORT
OF JOINT MOTION TO STAY DEADLINES**

Plaintiff/ Counter-Defendant Bond Pharmacy, Inc., d/b/a AIS Healthcare ("AIS"), and Defendant/ Counterclaimant Anthem Health Plans of Virginia, Inc. d/b/a Anthem Blue Cross And Blue Shield ("Anthem," collectively the "Parties"), submit this memorandum of law in support of the joint motion to stay all remaining deadlines.

The parties have reached a tentative settlement of all remaining claims and counterclaims in this litigation. As such, the parties request that all remaining deadlines in this matter be stayed while the parties finalize their tentative settlement.

There is good cause to stay the deadlines in this proceeding, including the current trial date of March 4, 2024, in light of the parties' tentative settlement. Staying the current deadlines will enable the parties to focus their efforts on finalizing the tentative settlement without expending additional resources to continue preparing for trial. Judicial economy also weighs heavily in favor of a stay of the deadlines because the Court will not have to hear argument on AIS's Motion to Permit Trial Testimony by Zoom, ECF No. 226, and Anthem's Motion to Quash Subpoenas, ECF No. 230, which is scheduled for Friday, March 1, 2024, ECF No. 247. Nor will the Court have to rule on the many other pending motions filed by the parties. ECF Nos. 95 (AIS's Motion to Exclude Malatesta), 108 (AIS's Motion to Strike), 134 (Anthem's Omnibus Motion in Limine), 140 (Anthem's Motion to Exclude Dressel), 148 (Anthem's Motion to Exclude Franklin), 195 (AIS's Motion in Limine), 223 (AIS's Motion in Limine). Accordingly, good cause exists for granting the parties' joint motion.

Additionally, the parties have notified the Court and made this request well in advance of any remaining deadlines in this matter. L. Civ. R. 54(G).

## CONCLUSION

The Court should grant the parties' joint motion and stay all remaining deadlines in this litigation while the parties finalize their tentative settlement.

Dated: February 23, 2024          Respectfully submitted,

By: /s/ Paul A. Werner
Paul Werner (VSB No. 48910)
Imad Matini (VSB No. 90126)
Hannah Wigger (admitted pro hac vice)
Christopher Bauer (admitted pro hac vice)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
Telephone: 202-747-1931
pwerner@sheppardmullin.com
imatini@sheppardmullin.com
hwigger@sheppardmullin.com
cbauer@sheppardmullin.com

*Attorneys for Plaintiff/ Counter-Defendant*

By: /s/ Michael E. Lacy
Michael E. Lacy
Sarah E. Siu
Virginia Bell Flynn
Callan G. Stein
TROUTMAN PEPPER HAMILTON SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1326
michael.lacy@troutman.com
sarah.siu@troutman.com
virginia.flynn@troutman.com
callan.stein@troutman.com

*Attorneys for Defendant/ Counterclaimant*

Case 1:22-cv-01343-CMH-IDD   Document 263   Filed 02/23/24   Page 4 of 4 PageID# 8516

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 23, 2024, the foregoing document was sent by CM/ECF to the following counsel of record:

Michael E. Lacy
Sarah E. Siu
TROUTMAN PEPPER HAMILTON
SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1326
Facsimile: (804) 697-6061
michael.lacy@troutman.com
sarah.siu@troutman.com

Virginia Bell Flynn
TROUTMAN PEPPER HAMILTON
SANDERS LLP
301 S. College Street, 34th Floor
Charlotte, NC 28202
Telephone: (704) 916-1509
Facsimile: (704) 998-4051
virginia.flynn@troutman.com

Callan G. Stein
TROUTMAN PEPPER HAMILTON
SANDERS LLP
125 High Street, 19th Floor
Boston, MA 02110
Telephone: (617) 204-5100
callan.stein@troutman.com

Harry J. Liberman
TROUTMAN PEPPER HAMILTON
SANDERS LLP
875 Third Avenue
New York, NY 10022
Telephone: (202) 704-6000
harry.liberman@troutman.com

By: /s/ Paul Werner
Paul Werner